# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 25-CR-026 |
| v. : | |
| : | |
| **ADRIAN HINTON,** : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Special Assistant United States Attorney Rachel Craft, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
DC Bar No. 481866

By:   /s/ *Rachel Craft*
Special Assistant United States Attorney
NY Bar Number: 5613708
Special Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202)-468-0073
Rachel.craft2@usdoj.gov